**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

wedi Corp.

     Plaintiff(s),

    vs.

Hydroblok Grand International Ltd.,
Hydroblok Grand International Inc., and
Hydro-Blok USA LLC

     Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case # 2:22-cv-00457-APG-BNW

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Justin C. Kanter_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.   That Petitioner is an attorney at law and a member of the law firm of

_____Gaido & Fintzen_____
(firm name)

with offices at _____30 N. LaSalle Street, Suite 2727_____,
(street address)

____Chicago____, ____Illinois____, ____60602____,
(city)          (state)      (zip code)

____(312) 346-7855____, ____jkanter@gaido-fintzen.com____.
(area code + telephone number)    (Email address)

2.   That Petitioner has been retained personally or as a member of the law firm by

_____wedi Corp._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____November 4, 2010_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____Illinois_____
                                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of Illinois | 4/18/2012 | 6303651 |
| Circuit Court for the 9th Circuit | 3/25/2019 | 6303651 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7.      That Petitioner is a member of good standing in the following Bar Associations.

Illinois State Bar Association

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _____
                                                          Petitioner's signature

STATE OF _____Illinois_____ )

5                                             )
   COUNTY OF _____Cook_____ )

6

7    _____Justin C. Kanter_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                    _____
                                                          Petitioner's signature

10  Subscribed and sworn to before me this

11

12  ___25th___ day of ___February___, 2022.

13  _____
         Notary Public or Clerk of Court

BLANCA E. SALDIVAR
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Aug 13, 2025

14

15

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
             THE BAR OF THIS COURT AND CONSENT THERETO.**

17        Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate ___Kimberley A. Hyson___,

19                                                                      (name of local counsel)
   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23  _____6600 Amelia Earhart Ct., Suite C_____,
                              (street address)

24  _____Las Vegas_____, _____Nevada_____, ___89119___,

25          (city)                          (state)                 (zip code)

26  ___(702) 805-8450___, ___khyson@joneslovelock.com___.
      (area code + telephone number)              (Email address)

27

28                                        4                                 Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5              **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7     The undersigned party(ies) appoint(s) _____ Kimberley A. Hyson _____ as
                                                      (name of local counsel)

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____
    (party's signature)

11
    wedi Corp. (By: Bastian Lohmann, VP Marketing & Sales)
12  (type or print party name, title)

13
    _____
14  (party's signature)

15
    _____
16  (type or print party name, title)

17              **CONSENT OF DESIGNEE**
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19
    _____
20  Designated Resident Nevada Counsel's signature

21  11611                          khyson@joneslovelock.com
    Bar number                     Email address
22

23
    APPROVED:
24
    Dated: this __15th__ day of __March_____, 20 _22_.
25

26  _____
    UNITED STATES DISTRICT JUDGE
27

28                              5                              Rev. 5/16

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

### Justin Charles Kanter

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/04/2010 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 23rd day of February, 2022.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois