Daniel J. Becka, Esq. (*Pro Hac Vice*)
**Law Offices of Daniel J. Becka**
30 N. LaSalle Street, Suite 2727
Chicago, IL 60602
T: (312) 646-1092
F: (312) 278-2455
E: dan@dbeckalaw.com

Justin C. Kanter, Esq. (*Pro Hac Vice*)
**Gaido & Fintzen**
30 N. LaSalle Street, Suite 2727
Chicago, IL 60602
T: (312) 346-7855
F: (312) 346-8317
E: jkanter@gaido-fintzen.com

Nicole E. Lovelock, Esq. (NV Bar No. 11187)
Kimberley A. Hyson, Esq. (NV Bar No. 11611)
Andrea Champion (NV Bar No. 13461)
**JONES LOVELOCK**
6600 Amelia Earhart Court, Suite C
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
nlovelock@joneslovelock.com
khyson@joneslovelock.com

*Counsel for Plaintiff wedi Corp.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WEDI CORP., <br><br> Plaintiff, <br><br> v. <br><br> HYDROBLOK GRAND INTERNATIONAL LTD., HYDROBLOK GRAND INTERNATIONAL INC., and HYDRO-BLOK USA LLC, <br><br> Defendants. | Case No. 2:22-cv-00457-CDS-BNW <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO FRCP 11(c)(2)** <br> **(First Request)** |

Plaintiff wedi Corp. ("wedi') and Defendants Hydroblok Grand International Ltd. ("Hydroblok Grand Canada"), Hydroblok Grand International Inc. ("Hydroblok Grand Nevada"), and Hydro-Blok USA LLC ("Hydroblok USA") (collectively, "Defendants"), hereby stipulate as follows:

1. The Complaint in this matter was filed March 14, 2022. Pursuant to a Stipulation by the parties filed May 13, 2022, and the Order entered May 16, 2022, Defendants' responses to the Complaint are due July 4, 2022.

2. On June 10, 2022, Defendants filed their Motion for Sanctions Pursuant to FRCP 11(c)(2) ("Motion for Sanctions"). Pursuant to LR 7-2(b), wedi's response to the Motion for Sanctions is due June 24, 2022. wedi requests an additional fourteen (14) days to respond to the Motion for Sanctions (July 8, 2022) and Defendants have agreed.

3. Pursuant to LR IA 6-1, the undersigned attorneys for wedi state that this is the first request for an extension of time to respond to the Motion for Sanctions and the extension is requested because of the severity of the allegations, the complexity of the issues, commitments in other litigation matters, and scheduling conflicts of wedi's attorneys.

| | |
|---|---|
| DATED this 15th day of June, 2022. | DATED this 15th day of June, 2022. |
| By: /s/ Daniel J. Becka | By: /s/ John Denkenberger |
| Daniel J. Becka, Esq.<br>*Appearing Pro Hac Vice*<br>Law Offices of Daniel J. Becka<br>30 N. LaSalle Street, Suite 2727<br>Chicago, IL 60602 | John Denkenberger, Esq.<br>*Appearing Pro Hac Vice*<br>John Whitaker, Esq.<br>*Appearing Pro Hac Vice*<br>Christensen O'Connor Johnson Kindness PLLC<br>1201 Third Avenue, Suite 3600<br>Seattle, WA 98101 |
| Justin C. Kanter, Esq.<br>*Appearing Pro Hac Vice*<br>Gaido & Fintzen<br>30 N. LaSalle Street, Suite 2727<br>Chicago, IL 60602 | F. Christopher Austin, Esq.<br>Weide & Miller, Ltd.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144 |
| Nicole E. Lovelock, Esq.<br>Kimberley A. Hyson, Esq.<br>Andrea Champion, Esq.<br>Jones Lovelock PLLC<br>6600 Amelia Earhart Court, Suite C<br>Las Vegas, Nevada 89119 | *Counsel for Defendants* |
| *Counsel for Plaintiff wedi Corp* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: __June 30, 2022__.